# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN BAXTER,** | : CIVIL ACTION NO. 1:20-CV-522 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **BARRY R. SMITH**, *et al.*, | : |
| Respondent | : |

## **ORDER**

AND NOW, this 29th day of October, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and the parties' respective briefs in support of and opposition to the petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania